IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **FRANCOIS AUGUSTON,** § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 4:21-cv-819-ALM-KPJ |
| § | |
| **NATIONAL ADMINISTRATIVE** § | |
| **SERVICE CO., LLC,** *et al.,* § § | |
| **Defendants.** § § § | |

## ORDER

Pending before the Court are the following: Defendant Affordable Auto Protection, LLC's ("Affordable") Motion to Dismiss ("Affordable's Motion to Dismiss") (Dkt. 11); Defendant National Administrative Service Co., LLC's ("NASC") Motion to Dismiss ("NASC's Motion to Dismiss") (Dkt. 12); and Defendant Gustav Renny's Motion to Dismiss (Dkt. 13) (together, with Affordable's and NASC's Motions to Dismiss, the "Motions"). The Motions were filed April 28, 2022. To date, Plaintiff Francois Auguston ("Plaintiff"), who is proceeding *pro se*, has not filed a response to the Motions.

**IT IS ORDERED** that Plaintiff shall file his response to the Motions, if any, on or before **fourteen (14) days** of receipt of this Order. "A party's failure to oppose a motion in the manner prescribed . . . creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." LOCAL RULE CV-7(d).

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send a copy of this Order to Plaintiff by certified mail return receipt requested.

2

**So ORDERED and SIGNED this 2nd day of November, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE